LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (CBN 088666)
Email: glafayette@lkclaw.com
APRIL P. SANTOS (CBN 266367)
Email: asantos@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Plaintiff
HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 3:14-CV-01661-VC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE JULY 29, 2014 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>Date:      July 29, 2014<br>Time:     10:00 a.m.<br>Dept:     Courtroom 10<br>Judge:   Honorable Vince Chhabria<br><br><br>Complaint filed:  April 10, 2014 |

Plaintiff HARTFORD FIRE INSURANCE COMPANY's Administrative Motion to Continue July 29, 2014 Case Management Conference and Related Deadlines is hereby GRANTED.

IT IS HEREBY ORDERED that,

1. The Case Management Conference currently scheduled for July 29, 2014, is hereby vacated and continued to **October 14, 2014** at 10:00 a.m.;

2. The parties shall file a Joint Case Management Statement and Proposed Case Management Order by **October 7, 2014**, in conformity with the Standing Order for All Judges of

1  the Northern District of California. The parties should also consult Judge Chhabria's standing
2  orders before filing the Case Management Statement.

3      3.    The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) on or before
4  **September 23, 2014**; and

5      4.    The parties shall file an ADR Certification signed by Parties and Counsel and file
6  either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by
7  **September 23, 2014**.

9  **IT IS SO ORDERED.**

11  DATED: _____July 18_____, 2014



THE _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Vince Chhabria

---

[PROPOSED] ORDER GRANTING PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE JULY 29, 2014 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (Case No. 3:14-cv-01661-VC)

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on July 17, 2014, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                                      */s/ April P. Santos*
                                                                      APRIL P. SANTOS

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

[PROPOSED] ORDER GRANTING PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S ADMINISTRATIVE MOTION TO CONTINUE JULY 29, 2014 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (Case No. 3:14-cv-01661-VC)        3