UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-01661-HSG<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND CONTINUING CASE DEADLINES** |

The Court hereby sets a further case management conference for June 9, 2015 and continues the existing case deadlines as follows:

| Event | Date |
|---|---|
| Deadline to Produce Documents | March 17, 2015 |
| Deadline to Complete Depositions | June 5, 2015 |
| Deadline for Plaintiff to File Motion for Summary Judgment | July 2, 2015 |
| Deadline for Defendant to File Opposition/Cross-Motion | July 31, 2015 |
| Deadline for Plaintiff to File Reply/Opposition | August 18, 2015 |
| Deadline for Defendant to File Reply | September 4, 2015 |
| Deadline for Oral Argument on Motions for Summary Judgment | September 24, 2015 |

**IT IS SO ORDERED.**

Dated: 3/10/2015

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge