United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   HARTFORD FIRE INSURANCE
    COMPANY,

8                    Plaintiff,

9            v.

10  TEMPUR-SEALY INTERNATIONAL,
    INC., et al.,

11

12                   Defendants.

Case No.  14-cv-01661-HSG

**ORDER RE CITIZENSHIP OF
PARTIES**

13          Plaintiff Hartford Fire Insurance Co. alleges that this Court has diversity jurisdiction over

14  this action pursuant to 28 U.S.C. § 1332.  In support of diversity jurisdiction, Hartford alleges that

15  it "is a Connecticut corporation with its principal place of business in Connecticut," and that

16  Defendant Tempur-Pedic North America, LLC "is a Delaware corporation with its principal place

17  of business in Kentucky."  Complaint at 3.

18          "[A]n LLC is a citizen of every state of which its owners/members are citizens."  *Johnson*

19  *v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Because Hartford does not

20  allege any facts regarding the citizenship of Tempur-Pedic's members, the Court cannot determine

21  whether diversity jurisdiction is proper.  To that end, the parties are directed to file, within seven

22  days of the date of this Order, a joint statement identifying the citizenship of each member of

23  Tempur-Pedic.

24          **IT IS SO ORDERED.**

25  Dated: March 10, 2015

26

27  HAYWOOD S. GILLIAM, JR.
    United States District Judge

28