LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 088666)
Email: glafayette@lkclaw.com
AFRICA E. DAVIDSON (SBN 225680)
adavidson@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

SHIPMAN & GOODWIN LLP
JAMES P. RUGGERI (pro hac vice)
Email: jruggiere@goodwin.com
1875 K Street, N.W., Suite 600
Washington, D.C. 20006
Telephone:   (202) 721-7750
Facsimile:    (202) 721-7751

Attorneys for Plaintiff
HARTFORD FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>       Defendants. | Case No. 3:14-CV-01661-HSG<br><br>**APPLICATION AND ORDER TO ALLOW PLAINTIFF ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM AT HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  October 8, 2015<br>Time:  2:00 p.m.<br>Dept:  Courtroom 15<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint filed:  April 10, 2014 |

Plaintiff Hartford Fire Insurance Company ("Hartford") submits the following Application and Proposed Order to allow Hartford's counsel, James P. Ruggeri, entry into and use of electronic equipment in the courtroom in connection with the October 8, 2015 hearing on Plaintiff's Motion for Summary Judgment in the above captioned matter.

Plaintiff hereby applies for leave to bring into the Courtroom and to use the following electronic and audio-visual equipment, all of which Plaintiff contends will aid the Court in reviewing the presentations and evidence submitted at the hearing:

1. 1 Projector Screens;
2. 1 Optoma Projectors;
3. 1 Laptop computers;
4. Personal wireless motem (MoFi);
5. Projector table;
6. Apple TV;
7. Associated power cords and cables; and
8. Cart.

The above listed equipment will be brought into the courtroom and operated by Kelvin Su, a Document Specialist employed by counsel for Plaintiff's office.

Dated: October 6, 2015         LAFAYETTE & KUMAGAI LLP

　　　　　　　　　　　　　　　 */s/ Gary Lafayette*
　　　　　　　　　　　　　　　 GARY T. LAFAYETTE
　　　　　　　　　　　　　　　 AFRICA E. DAVIDSON

　　　　　　　　　　　　　　　 and

　　　　　　　　　　　　　　　 JAMES P. RUGGERI
　　　　　　　　　　　　　　　 SHIPMAN & GOODWIN LLP

　　　　　　　　　　　　　　　 Attorneys for Plaintiff HARTFORD FIRE INSURANCE COMPANY

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1 **ORDER**

2  Pursuant to the application of Plaintiff, and good cause appearing therefore, the Plaintiff
3 is granted leave to bring into the Courtroom and to use the following electronic and audio-visual
4 equipment, all of which will aid the Court in reviewing the presentations and evidence submitted
5 at the hearing:

6  1.  1 Projector Screens;

7  2.  1 Optoma Projectors;

8  3.  1 Laptop computers;

9  4.  Personal wireless motem (MoFi);

10  5.  Projector table;

11  6.  Apple TV;

12  7.  Associated power cords and cables; and

13  8.  Cart.

14  The above listed equipment will be brought into the courtroom and operated by Kelvin
15 Su, a Document Specialist employed by counsel for Plaintiff's office.



DENIED
Judge Haywood S. Gilliam Jr.

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**PLAINTIFF'S APPLICATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM (Case No. 3:14-CV-01661-HSG)**   3