UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | Case No.  14-cv-01661-HSG |
| Plaintiff, | |
| v. | **JUDGMENT** |
| | Re: Dkt. No. 73 |
| TEMPUR-SEALY INTERNATIONAL, INC., et al., | |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 20th day of January, 2016.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.