UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., et al.,<br><br>             Defendants. | Case No.  14-cv-01661-HSG<br><br>**ORDER GRANTING STIPULATION TO ENLARGE TIME TO RESPOND AND MODIFYING HEARING DATE**<br><br>Re: Dkt. No. 76 |

On February 23, 2016, Plaintiff Hartford Fire Insurance Company and Defendants Tempur Sealy International, Inc. and Tempur-Pedic North America, LLC filed a stipulation to enlarge time for defendants to respond to plaintiff's motion to alter or amend judgment and for relief from judgment and to modify the hearing date.  Dkt. No. 76.

The Court hereby GRANTS the stipulation. Defendants shall file a response to Plaintiff's motion to alter or amend judgment and for relief from judgment by March 8, 2016.  The hearing previously set for March 24, 2016 is vacated, and if necessary, any hearing on Plaintiff's Motion will be heard on April 14, 2016 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated:  February 25, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge