LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
101 Mission Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

SHIPMAN & GOODWIN LLP
JAMES P. RUGGERI (*pro hac vice*)
Email: jruggeri@goodwin.com
1875 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 721-7750
Facsimile: (202) 721-7751

Attorneys for Plaintiff
HARTFORD FIRE INSURANCE COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TEMPUR-SEALY INTERNATIONAL, INC., formerly known as TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC,<br><br>Defendants. | Case No. 3:14-CV-01661-HSG<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S SECOND CLAIM FOR RELIEF WITHOUT PREJUDICE** |

Pursuant to the Court's April 14, 2016 Minute Order, Plaintiff HARTFORD FIRE INSURANCE COMPANY ("Hartford") and Defendants TEMPUR-SEALY INTERNATIONAL, INC. and TEMPUR-PEDIC NORTH AMERICA, LLC (collectively, "Tempur-Sealy") stipulate and agree as follows:

1. Hartford's Second Claim for Relief in its Complaint for Declaratory Relief in this action may be dismissed without prejudice; and

2. Any future action regarding Hartford's obligation to indemnify Tempur-Sealy in connection with the lawsuit captioned *Todd v. Tempur-Sealy International, Inc.*, Case No. 13-cv-04984-JST (N.D. Cal.), shall be filed in the Northern District of California, unless the parties agree to another forum.

DATED: April 27, 2016

SHIPMAN & GOODWIN LLP
James P. Ruggeri (*Pro Hac Vice*)
Katherine M. Hance (*Pro Hac Vice*)

LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette
Melissa A. Dubbs

By:  /s/ *Gary T. Lafayette*
　　　GARY T. LAFAYETTE

Attorneys for Plaintiff HARTFORD FIRE INSURANCE COMPANY

DATED: April 27, 2016

MINTZ LEVIN COHEN FERRIS GLOVKSY & POPEO, P.C.
Evans S. Nadel
Heidi Lawson
Nicholas C. Cramb
Daniel Harary

By:  /s/ *Evans S. Nadel*
　　　EVANS S. NADEL

Attorneys for Defendants TEMPUR-SEALY INTERNATIONAL, INC., f/k/a TEMPUR-PEDIC INTERNATIONAL, INC. and TEMPUR-PEDIC

NORTH AMERICA, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

# **ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

DATED: April 27, 2016

SHIPMAN & GOODWIN LLP
James P. Ruggeri (*Pro Hac Vice*)
Katherine M. Hance (*Pro Hac Vice*)

LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette
Melissa A. Dubbs

By:   */s/ Gary T. Lafayette*
          GARY T. LAFAYETTE

Attorneys for Plaintiff HARTFORD FIRE INSURANCE COMPANY

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
101 MISSION STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

# ORDER

THE COURT, having considered the attached stipulation of the parties, orders:

1. That Hartford's Second Claim for Relief in its Complaint for Declaratory Relief in this action is hereby DISMISSED without prejudice; and

2. That any future action regarding Hartford's obligation to indemnify Tempur-Sealy in connection with the lawsuit captioned *Todd v. Tempur-Sealy International, Inc.*, Case No. 13-cv-04984-JST (N.D. Cal.), shall be filed in the Northern District of California, unless the parties agree to another forum.

**IT IS SO ORDERED.**

DATED: May 16, 2016

THE HONORABLE HAYWOOD S. GILLIAM
UNITED STATES DISTRICT JUDGE